Matter of Tope v Shaqwan R. (2025 NY Slip Op 03476)

Matter of Tope v Shaqwan R.

2025 NY Slip Op 03476

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND NOWAK, JJ.

455 CA 24-00716

[*1]IN THE MATTER OF DANIELLE TOPE, EXECUTIVE DIRECTOR OF SECURE TREATMENT AND REHABILITATION CENTER (STARC), PETITIONER-RESPONDENT,
v
SHAQWAN R., RESPONDENT-APPELLANT. 

ELIZABETH S. FORTINO, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, SYRACUSE (JOSEPH M. BETAR OF COUNSEL), FOR RESPONDENT-APPELLANT.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (JONATHAN D. HITSOUS OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Charles C. Merrell, J.), entered March 19, 2024. The order granted the application of petitioner to administer medication to respondent. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 24, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court